## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter **13** |
| **Helen Belinda Pullum aka Belinda Pullum** | ) | Case No. **16-42937-pwb** |
| | ) | Judge **Paul W. Bonapfel** |
| | ) | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

Pursuant to Bankruptcy Rules 2002 and 9010, the undersigned attorney enters this Notice of Appearance on behalf of Nationstar Mortgage LLC, its successors or assigns (hereinafter referred to as "Creditor"), a secured creditor in the above referenced case on real property located at 249 Mac Johnson Road Northwest, Cartersville, GA 30121. Creditor, through counsel, hereby requests that all notices to Debtor(s) or Creditors also be mailed in care of Creditor as follows:

Shapiro Pendergast & Hasty, LLP
211 Perimeter Center Parkway, N.E., Suite 300
Atlanta, GA 30346


Dated _December 22, 2016_____

Shapiro Pendergast & Hasty, LLP


/s/ Lucretia L. Scruggs

Lucretia L. Scruggs
Georgia Bar No.317008
211 Perimeter Center Parkway, N.E.
Suite 300
Atlanta, GA 30346
Phone: 770-220-2535
Fax: 770-220-2665